## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

No. 17-MJ-2724-Turnoff

UNITED STATES OF AMERICA

vs.

BRANDON IGLESIAS,

Defendants.

_____/

### CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

BENJAMIN GREENBERG
ACTING UNITED STATES ATTORNEY

BY: _____

DANIEL J. MARCET
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0114104
99 N. E. 4th Street
Miami, Florida   33132-2111
TEL (305) 961-9099
FAX (305) 536-4699

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 17-MJ-2724-Turnoff |
| Brandon Iglesias, | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 18, 2017 _____ in the county of _____ Miami-Dade _____ in the

___ Southern ___ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1594(a) and 1591(a) | Attempted sex trafficking of a child |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Natasha Russo, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: ___5/18/17___

_____
Judge's signature

City and state: _____ Miami, Florida _____

William C. Turnoff, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Latasha Russo, being duly sworn, depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed since 2012.  I am currently assigned to the Miami Field Office Innocent Images National Initiative, which targets individuals involved in the online sexual exploitation of children.  As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking of minors and various criminal offenses related to the production, distribution, receipt, and possession of child pornography.  I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants.

2.      The information contained in this Affidavit is submitted for the sole purpose of establishing probable cause in support of the attached criminal complaint, which charges Brandon IGLESIAS with attempted sex trafficking of a child, in violation of Title 18, United States Code, Sections 1594(a) and 1591(a).

3.      The information contained in this Affidavit is based on your Affiant's personal knowledge and information provided to your Affiant by others, including other law enforcement personnel.  The information set forth herein is provided solely for the purpose of establishing probable cause in support of the criminal complaint.  Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the facts learned during the course of the investigation.

4.      On or about January 19, 2017, a law enforcement officer acting in an undercover capacity (the "UC") posted an advertisement on a public messaging forum on

the internet. The advertisement used language that is commonly associated with individuals seeking children for sexual purposes. The advertisement stated the following: "Younger dad looking for other like minded. Daughter here. Love to meet others with similar interests." The advertisement listed a texting application with a user name for the UC so that individuals could contact the UC.

5.     On or about January 19, 2017, the UC received a message on the texting application that read, "Hey." The message was from user name "Estrella_Roja Estrella Roja" ("Estrella_Roja"). On or about January 19, 2017, the UC replied to the message by typing: "Hi." Estrella_Roja then wrote, "Saw your ad" and "Tell me about your daughter." The UC responded that she was "younger." Estrella_Roja asked "How much younger?" The UC wrote back that the daughter was nine years old. Estrella_Roja then wrote "Pic?" The UC sent a photograph purporting to be of the UC's nine-year old daughter.

6.     On or about January 20, 2017, the UC and Estrella_Roja continued to chat about meeting up to engage in sexual activities with the UC's daughter. Estrella_Roja requested pictures, and the UC sent two photographs purporting to be of the UC's minor daughter. Estrella_Roja asked whether the nine-year old daughter would "suck cock," and asked whether he "could join in." On or about January 26, 2017, Estrella_Roja initiated contact with the UC and continued to ask questions about what types of sexual activities he could perform with the UC's nine-year old daughter.

7.     Estrella_Roja did not communicate with the UC in February of 2017. However, on or about April 3, 2017, Estrella_Roja text messaged the UC to continue discussions about the sexual activities that he would perform with the UC's young daughter. For example, he asked whether the UC's "daughter is still a little cum dumpster," and

2

whether there had been "[a]ny trains run on her."  The UC responded: "Actually there will be one next month."

8.      Based on my law enforcement training and experience, I know that in the context of sexual exploitation of children, "running a train" on a victim means that many individuals will rape the victim in short succession.

9.      Later during the same April 3, 2017, text message conversation, Estrella_Roja and the UC had the following exchanges:

Estrella_Roja : Any preview pics? I might have to join.

UC: We let a few guys who didn't have any kids come and join. All they did was help donate to cover some of the costs for the suite and food and shit for the girls

UC:  Total perv out.

. . .

Estrella_Roja : How much are you guys asking for to help with the room?

UC: There are 4 dads so we are trying to get 100-150 from each other guy that is gonna come

UC:  That will get you in to have fun with all the lil pretties

Estrella_Roja: That's it, I'm definitely doing it.

Estrella_Roja:  When is the next party?

. . .

UC:  I think May 17 week is what we are looking at

Estrella_Roja: Fuckkk that's so far away

10.      During that same April 3, 2017 conversation, Estrella_Roja messaged about a twelve-year old girl who the UC had said would be at the sex party.  He said, "I want that 12 yo to act like a slut.  Grab her by her fat little ass."

11.     On or about April 21, 2017, Estrella_Roja asked "When is the meet up?"  The UC responded "May 18."

12.     On or about April 22, 2017, the UC asked "You in or no??"  On or about April 23, 2017, Estrella_Roja responded "Yeah," and the UC said "Awesome I will fill you in as it gets closer."  Estrella_Roja asked in response: "Any pics of the other little sluts yet?"

13.     Between April 23, 2017, and May 18, 2017, Estrella_Roja did not send any text messages to the UC.  However, on or about May 5, 2017, the UC provided Estrella_Roja with the location of the hotel where the child sex party would take place on May 18 (the "Hotel").

14.     On or about May 18, 2017, Estrella_Roja reinitiated contact with the UC via text message, and the following conversation ensued:

> Estrella_Rojo: Hey
>
> UC: Hi
>
> Estrella_Rojo: Is your event today
>
> UC: here now
>
> Estrella_Rojo: pic
>
> UC: (sends a picture of the Hotel phone with the address)

15.     Later in that same May 18 conversation, Estrella_Rojo asked the UC about a twelve-year old girl who the UC had previously said would be at the Hotel.  Estrella_Rojo asked: "Does the 12 year old have any tits," and "how is her pussy."  Estrella_Roja asked for a picture of a used condom to show proof that men were having sex with the young girls at the Hotel.  The UC sent a picture of a purported used condom.  Estrella_Rojo replied,

"that works for me." Prior to arriving at the Hotel, Estrella_Rojo told the UC that he would be wearing all black clothing, and they planned to meet in the Hotel lobby.

16.     On or about May 18, 2017, IGLESIAS arrived at the Hotel. The UC came down to the lobby to meet with him, and IGLESIAS waved to the UC and showed him a $100 bill. The UC told IGLESIAS that he had to pay before he could see the minor girls who were purportedly at the Hotel. IGLESIAS responded that he wanted to meet with the twelve-year old girl Estrella_Roja and the UC had been discussing in the text messages. IGLESIAS further stated that he did not bring a condom. IGLESIAS then paid $100.00 in cash to the UC.

17.     After receiving the $100.00 in cash from IGLESIAS, the UC and IGLESIAS went to a hotel room, purportedly to meet the twelve-year old girl who the UC and IGLESIAS had previously discussed. When the UC and IGLESIAS entered the hotel room, IGLESIAS was taken into custody by law enforcement.

18.     IGLESIAS waived his Miranda rights and agreed to speak with law enforcement. IGLESIAS admitted to being the sole account owner of "Estrella_Roja Estrella Roja," and to having communicated with the UC using that text messaging account. IGLESIAS also admitted to having brought money to pay the UC. He claimed that he was not coming to have sex with the young girls that he believed were at the Hotel, but rather was coming to try to rescue them. IGLESIAS did not have any weapons on his person or in his car at the time of his arrest.

19.     Law enforcement obtained logs of Internet Protocol ("IP") addresses from which Estrella_Roja had accessed the text message application used to contact the UC. The IP logs revealed that, on or about December 1, 2016, Estrella_Roja had utilized an IP

5

address in Stockholm, Sweden.   Travel records establish that Brandon IGLESIAS was near Stockholm, Sweden on or about December 1, 2016.   The IP logs further revealed that Estrella_Roja accessed the text message application from an IP address that is associated with a residential address in West Palm Beach, Florida.   Record checks revealed that IGLESIAS resides at that West Palm Beach residence with his mother.

20.     Based on the above facts, I submit that there is probable cause to believe that Brandon IGLESIAS attempted to engage in sex trafficking of a child, in violation of Title 18, United States Code, Sections 1594(a) and 1591(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Latasha Russo
FBI Special Agent

Sworn to and subscribed before me this
_____ day of May 2017.

_____
Honorable William C. Turnoff
United States Magistrate Judge