FILED by **TB** D.C.

Jun 1, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**17-20372-CR-MOORE/SIMONTON**
Case No._____

18 U.S.C. § 2422(b)
18 U.S.C. § 1594(a)
18 U.S.C. § 2252(a)(4)(B) & (b)(2)
18 U.S.C. § 2428
18 U.S.C. § 1594(d)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

**BRANDON IGLESIAS,**

   **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Attempt to Coerce and Entice a Minor to Engage in Sexual Activity**
**(18 U.S.C. § 2422(b))**

From on or about January 19, 2017, through on or about May 18, 2017, in Palm Beach and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**BRANDON IGLESIAS,**

using any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2
### Attempted Sex Trafficking of a Minor
### (18 U.S.C. § 1594(a))

On or about May 18, 2017, in Palm Beach and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**BRANDON IGLESIAS,**

did knowingly attempt to, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a)(l); all in violation of Title 18, United States Code, Section 1594(a).

Pursuant to Title 18, United States Code, Section 1591(b)(1), it is further alleged that this offense involved a person who had not attained the age of 14 years.

### COUNT 3
### Possession of Child Pornography
### (18 U.S.C. § 2252(a)(4)(B) and (b)(2))

On or about May 18, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**BRANDON IGLESIAS,**

did knowingly possess matter, that is, one (1) iPhone 7 cellular telephone, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such

visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **BRANDON IGLESIAS,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2422, as alleged in this Indictment, the defendant, **BRANDON IGLESIAS,** shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation, all pursuant to Title 18, United States Code, Section 2428.

3. Upon conviction of a violation of Title 18, United States Code, Section 1594, as alleged in this Indictment, the defendant, **BRANDON IGLESIAS,** shall forfeit to the United States any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of such violation, any property, real or personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of such violation, and any property traceable to such violation, all pursuant to Title 18, United States Code, Section 1594(d).

4.     Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant, **BRANDON IGLESIAS,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, the following property:

(a)    any visual depiction of a minor engaged in sexually explicit conduct, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

(b)    any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violation; and

(c)    any property, real or personal, used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253, and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
DANIEL J. MARCET
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

BRANDON IGLESIAS,

    Defendant.
_____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | |
|---|---|---|---|
| _x_ Miami | ___ Key West | | |
| ___ FTL | ___ WPB | ___ FTP | |

New Defendant(s)   Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect _____

4. This case will take   _2-3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                      (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | | |
   | II | 6 to 10 days | ___ | Minor | | |
   | III | 11 to 20 days | ___ | Misdem. | | |
   | IV | 21 to 60 days | ___ | Felony | _X_ | |
   | V | 61 days and over | ___ | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   Yes
   If yes:
   Magistrate Case No.   17-mj-02726-WCT
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   May 18, 2017
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___ No _X_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ___ No _X_

                                      _____
                                      DANIEL J. MARCET
                                    ASSISTANT UNITED STATES ATTORNEY
                                    FLA BAR NO. 0114104

\*Penalty Sheet(s) attached                                                     REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** BRANDON IGLESIAS

**Case No:** _____

Count #: 1

Attempt to Coerce and Entice a Minor to Engage in Sexual Activity

Title 18, United States Code, Sections 2422(b)

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Attempted Sex Trafficking of a Minor

Title 18, United States Code, Sections 1594(a)

**\*Max. Penalty:** Life Imprisonment

Count #: 3

Possession of Child Pornography

Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2)

**\*Max. Penalty:** 20 Years' Imprisonment

 **\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**